THIS OPINION HAS NO PRECEDENTIAL VALUE

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Herbert D. Floyd,       
Petitioner,
 
 
 

v.

 
 
 
 State of South Carolina,        Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Berkeley County
R. Markley Dennis, Trial Judge
Daniel F. Pieper, Post-Conviction Relief Judge

Memorandum Opinion No. 2005-MO-025
Submitted May 20, 2005  Filed June 6, 2005 

DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of the South Carolina Office of Appellate Defense, of Columbia, for Petitioner.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Petitioner seeks a writ of certiorari from the denial of his application for post-conviction relief
(PCR).
Because there is sufficient evidence to support the PCR judges finding that petitioner did not knowingly and intelligently waive his right to a direct appeal, we grant certiorari as to this question and proceed with a review of the direct appeal issue pursuant to Davis v. State, 288 S.C. 290, 342 S.E.2d 60 (1986).  All remaining questions presented by petitioner in his petition for a writ of certiorari are denied.
The direct appeal issue is dismissed under Rule 220(b)(1), SCACR, after a review pursuant to Anders v. California, 386 U.S. 738 (1967).  Counsels motion to be relieved is granted.
 DISMISSED.
 TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.